IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE ESTATE OF GEOVANY FUENTES, DECEASED, AND NANCY FUENTES, INDIVIDUALLY AND A/N/F TO GEOVANA FUENTES AND JAIR FUENTES, MINOR CHILDREN, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. C-06-425 |
| v. | § § | |
| ESTUARDO ALECIO, | § § | |
| Defendant. | § | |

**ORDER**

On this day came on to be considered Defendant Estuardo Alecio's motion to withdraw his motion to transfer venue to the Houston Division of the United States District Court for the Southern District of Texas. (D.E. 11, seeking to withdraw D.E. 5).[1] The Court hereby GRANTS Defendant's motion to withdraw (D.E. 11), and Defendant's motion to transfer venue to the Houston Division (D.E. 5) is hereby WITHDRAWN.

SIGNED and ENTERED this 20th day of November, 2006.

_____
Janis Graham Jack
United States District Judge

---

[1] The Court notes that Defendant did not frame his pleading as a motion to withdraw. (See D.E. 11, entitled "Withdrawal of Defendant's Motion to Transfer Venue to Houston Division."). However, the Court will treat Defendant's pleading as a motion to withdraw his earlier motion to transfer venue.