```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| THE ESTATE OF GEOVANY FUENTES, DECEASED, AND NANCY FUENTES, INDIVIDUALLY AND A/N/F TO GEOVANA FUENTES AND JAIR FUENTES, MINOR CHILDREN, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. C-06-425 |
| v. | § § | |
| ESTUARDO ALECIO, | § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to this Court's Order granting Defendant Estuardo Alecio's motion to dismiss (D.E. 28) and this Court's Order dismissing with prejudice Plaintiffs' breach of contract claim against the Defendant (D.E. 13), this Court hereby enters final judgment against Plaintiffs Nancy Fuentes, individually and as next friend of Geovana Fuentes and Jair Fuentes (minor children), along with the Estate of Geovany Fuentes (together, "Plaintiffs") in the above-styled action. Plaintiffs' Petition is hereby DISMISSED in its entirety with prejudice.

SIGNED and ENTERED this 26th day of December, 2006.

_____
Janis Graham Jack
United States District Judge